Page 1

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Black, Nicholas C

Printed: 2/19/08

Case Number: 07 B 13207
Judge: Hollis, Pamela S
Filed: 7/24/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: December 17, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 3,504.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 3,504.00 |
| Totals: | 3,504.00 | 3,504.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Wells Fargo Auto Finance | Secured | 0.00 | 0.00 |
| 2. | ShoreBank | Secured | 0.00 | 0.00 |
| 3. | Ocwen Loan Servicing LLC | Secured | 0.00 | 0.00 |
| 4. | Ocwen Federal Bank FSB | Secured | 0.00 | 0.00 |
| 5. | Ocwen Loan Servicing LLC | Secured | 0.00 | 0.00 |
| 6. | Sterling Inc | Secured | 0.00 | 0.00 |
| 7. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 8. | HSBC Mortgage Services | Secured | 0.00 | 0.00 |
| 9. | HSBC Mortgage Services | Secured | 0.00 | 0.00 |
| 10. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 11. | Kelly Quick | Secured | 0.00 | 0.00 |
| 12. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 13. | Ocwen Federal Bank FSB | Secured | 0.00 | 0.00 |
| 14. | Kelly Quick | Secured | 6,500.00 | 0.00 |
| 15. | ShoreBank | Secured | 6,359.30 | 0.00 |
| 16. | America's Servicing Co | Secured | 11,873.43 | 0.00 |
| 17. | Kelly Quick | Unsecured | 641.90 | 0.00 |
| 18. | Kelly Quick | Unsecured | 641.40 | 0.00 |
| 19. | AES/PHEAA | Unsecured | 3,877.77 | 0.00 |
| 20. | Morahima Galvin & Estel Nu | Secured |  | No Claim Filed |
| 21. | Monica Fabre | Priority |  | No Claim Filed |
| 22. | ER Solutions | Unsecured |  | No Claim Filed |
| 23. | Steven M. Laduzinsky, P.C. | Unsecured |  | No Claim Filed |
| 24. | Peoples Energy Corp | Unsecured |  | No Claim Filed |
| 25. | Dana Kurtz | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Black, Nicholas C

Printed: 2/19/08

Case Number: 07 B 13207
Judge: Hollis, Pamela S
Filed: 7/24/07

$ 29,893.80                    $ 0.00

## TRUSTEE FEE DETAIL

Fee Rate              Total Fees

$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____